**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | \| |
| | \| |
| **Plaintiff,** | \| |
| | \| **CASE NO. 2:21-po-46** |
| **v.** | \| |
| | \| **MAGISTRATE JUDGE JOLSON** |
| | \| |
| **Gary Detty,** | \| |
| | \| |
| **Defendant.** | \| |
| | \| |

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is Dismissed.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

10/28/2022
**DATE**